## Gordon *v.* Gordon, Appellant.

Argued June 17, 1966. *Harry R. Kozart,* with him *Weissman & Kozart,* for appellant; *Jacob S. Richman,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

## Higgins *v.* Melnick, Appellant.

Argued June 21, 1966. *Samuel Melnick,* appellant, in propria persona, submitted a brief; *Maurice J. Friedman,* with him *Alexander Deitch,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Holland *v.* Holland, Appellant.

Argued June 16, 1966. *Richard J. Green, Jr.,* with him *Green, Gibson & Abood,* for appellant; *Samuel R. DiFrancesco, Sr.,* with him *DiFrancesco & DiFrancesco,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, J., dissented.